UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. SPILLERS,<br><br>  Plaintiff,<br><br>  v.<br><br>K. WOODS, et al.,<br><br>  Defendants. | No. 2:18-cv-0092 TLN DB P<br><br>ORDER |

Plaintiff has filed a document entitled "Motion for Defendants Request for Admissions and Production of Documents." Therein, plaintiff appears to be submitting responses to defendants' discovery requests. Plaintiff is informed that a party's responses to discovery should not be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. In addition, discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

////
////
////
////
////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's March 14, 2019 Motion (ECF
2 | No. 34) will be placed in the court file and disregarded.
3 | Dated: March 25, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/spil0092.411